Theodore L Rupp, ISB No. 2809
bankruptcy_lawyer @my180.net
Post Office Box 1850
Post Falls, ID  83854
Telephone   (208) 765-6884
Facsimile  (208) 667-0357
Attorney for Debtor

# United States Bankruptcy Court
# District of Idaho

In Re                                          )
                                               )     Case Number  08-20404  -TLM
JEREMY STEWART                                 )
ALISON STEWART                                 )     Chapter  13
                                               )
Debtor(s)                                      )
_____ )

MOTION FOR ENTRY OF CORRECTED CONFIRMATION ORDER

COMES NOW, the attorney for the above named debtor and pursuant to local rule 9024.1, moves the court for entry of a corrected confirmation order to supplement the order entered July 13, 2010, docket number 27, in the above entitled matter.

This motion is made for the following reasons:

1.  An original confirmation order (prior order) was prepared in this matter prior to the filing of the claim of Wells Fargo Financial (claim number 8).

2.  After the claim of Wells Fargo Financial was filed, a deficiency existed which necessitated an increase of almost $1,000.00 plus trustees fees over the course of the debtor's plan.

3.  A second confirmation order was prepared which increased the debtor's payment from $450.00 per month to $475.00 a month.

4.  The second confirmation order was presented to the trustee and to the debtor's for approval.

5.  After receiving signed approval of the second confirmation order from all parties, the attorney inadvertently typed the signatures indicating approval on the prior order rather than the approved order.

6.  The attorney then submitted the incorrect order to the court for signature.

7.  The incorrect order was signed and docketed on July 13, 2010.

8.  Upon reviewing the document received from the court CM/ECF system, the attorney discovered his error and prepared this motion and a corrected confirmation order.

Wherefore, the debtor's ask the court enter the corrected confirmation order.

DATED this 14 day of July 2010.

_____/S/ Ted Rupp_____
Ted Rupp
Attorney for the debtors