JEFFREY M. WILSON ISB No. 1615
WILSON & McCOLL
3858 N. Garden Center Way, Ste. 200
P.O. Box 1544
Boise, Idaho 83701
Telephone: (208) 345-9100
Facsimile: (208) 384-0442
Attorneys for Creditor: **WELLS FARGO FINANCIAL IDAHO, INC.**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 10-20404-TLM |
| ) | Chapter 13 |
| JEREMY LYNN STEWART and ALISON RENE ) | |
| STEWART, ) | STIPULATION FOR STAY |
| ) | RELIEF |
| Debtors. ) | |
| ) | |

COMES NOW, WELLS FARGO FINANCIAL IDAHO, INC. ("WELLS FARGO"), and debtors and by and through their respective counsel of record, and hereby stipulate and agree, that WELLS FARGO'S pending Motion for Relief from Automatic Stay is hereby resolved per the following terms and conditions:

1. That Debtors have brought their monthly mortgage payments current.

2. That Debtors will continue paying the monthly installment payments to Wells Fargo in the sum of $1,289.40 outside the plan.

3. In the event Debtors fail to make said payments as referred to above or fail to pay per the Agreement referenced herein, or otherwise default in performance of the terms and conditions of such agreement, WELLS FARGO shall be entitled to entry of an Order granting it relief from the automatic stay without further notice or hearing provided that Debtors shall be given notice, in care

of their counsel, of such default, giving debtors 15 days within which to cure such default.

DATED This _2_ day of ~~January~~ Feb, 2011.

*(signature)*

Jeffrey M. Wilson
Attorney for WELLS FARGO

DATED This _2_ day of ~~January~~ February, 2011.

*(signature)*

Theodore L. Rupp
Attorney for Debtors