JEFFREY M. WILSON, ISB No. 1615
WILSON & McCOLL
P.O. Box 1544
Boise, Idaho 83701
Telephone: (208) 345-9100
Facsimile: (208) 384-0442
Attorneys for Creditor **WELLS FARGO FINANCIAL IDAHO, INC.**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 10-20404-TLM |
| ) | Chapter 13 |
| JEREMY LYNN STEWART and ALISON RENE ) | |
| STEWART, ) | NOTICE OF DEFAULT |
| ) | |
| Debtors. ) | |

TO:   JEREMY LYNN STEWART and ALISON RENE STEWART, and their counsel, TED RUPP.

NOTICE IS HEREBY GIVEN By the undersigned counsel for WELLS FARGO FINANCIAL IDAHO, per the terms and conditions of the Order Approving Stipulation for Stay Relief entered on July 28, 2011, regarding the following real property:

> Address: 6882 Alpine Ct., Bonners Ferry. Situated in Boundary County, State of Idaho to Wit:
>
> LOT SEVEN (7) BLOCK TWO (2), WINJUM MEADOWS SUBDIVISION ACCORDING TO THE PLAT RECORDED FEBRUARY 13, 1996, IN BOOK 2 OF PLATS, PAGE 60, INSTRUMENT NO. 180632, RECORDS OF BOUNDARY COUNTY, IDAHO.

which required monthly installments to be made directly to Wells Fargo Financial Idaho.

There has been a breach of the obligation in that you have failed to make payments from August, 2012, in the sum of $743.73, and September, 2012, in the sum of $840.38, for a total default of $1,584.11.

THEREFORE, pursuant to the terms of the Order Approving Stipulation for Stay Relief, and more particularly the section dealing with Default, you are hereby notified that you have fifteen *(15) days* within which to remedy the above default. Your failure to do so will result in Wells Fargo Financial Idaho applying for entry of an order granting relief from the bankruptcy stay without further notice or hearing.

DATED this 18th day of September, 2012.

WILSON & McCOLL

By_____/s/_____
JEFFREY M. WILSON
Attorney for Creditor

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 18th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Theodore Rupp

C. Barry Zimmerman

U.S. Trustee

And, I hereby certify that I have mailed by United States Postal Service the foregoing documents to the following non-CM/ECF Registered Participants:

Jeremy Stewart
Alison Stewart
P.O. Box 366
Bonners Ferry, Idaho 83805

/s/
JEFFREY M. WILSON