JEFFREY M. WILSON, ISB No. 1615
CHRISTOPHER R. MOORE, ISB No. 8772
WILSON & McCOLL
3858 N Garden Center Way, Suite 200
P.O. Box 1544
Boise, Idaho 83701
Telephone: (208) 345-9100
Facsimile: (208) 384-0442
Attorneys for Creditor **WELLS FARGO FINANCIAL IDAHO, INC.**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No.  10-20404-TLM |
| | ) | Chapter 13 |
| JEREMY LYNN STEWART and ALISON RENE STEWART, | ) ) | NOTICE OF WITHDRAWAL OF NOTICE OF DEFAULT |
| Debtors. | ) ) | |

COMES NOW WELLS FARGO FINANCIAL IDAHO, INC., and by and through its Counsel and hereby withdraws that certain Notice of Default, dated September 18, 2012, filed as docket no. 48, for the reason that said delinquent payments were made by the Debtors.

DATED this _____ day of October, 2012.

WILSON & McCOLL

By_____
JEFFREY M. WILSON
Attorney for Creditor

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ___9___ day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Theodore Rupp

C. Barry Zimmerman

U.S. Trustee

And, I hereby certify that I have mailed by United States Postal Service the foregoing documents to the following non-CM/ECF Registered Participants:

Jeremy Stewart
Alison Stewart
P.O. Box 366
Bonners Ferry, Idaho  83805

_____
JEFFREY M. WILSON