C. Barry Zimmerman
cbarryz13@gmail.com
P.O. Box 1240
Coeur d'Alene, ID 83814
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Stewart, Jeremy Lynn<br>Stewart, Alison Rene | CHAPTER 13<br><br>CASE NO.  10-20404-TLM |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor:**  Wells Fargo Financial Idaho
**Trustee Claim No.: 003**
**Last four (4) digits of any number used to identify the Debtor's account: 3135**
**Final Cure Amount: $4,993.77**
**Amount Paid By Trustee $4,993.77**

Within 21 days of the service of this Notice, the creditor must file and serve the same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with 11 U.S.C. § 1322(b)(5), the Debtor is otherwise current on all the payments.

Dated: September 3, 2014

                Respectfully submitted,

                /s/ C. Barry Zimmerman
                C. Barry Zimmerman, Chapter 13 Trustee

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 3, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee, ustp.region18.bs.ecf@usdoj.gov

THEODORE L RUPP, Attorney for Debtor

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Wells Fargo Financial Idaho, Inc.
4137 121st St
Urbandale, IA 50323

Corporation Service Company
12550 W. Explorer Dr. Ste 100
Boise, Id 83713

Jeremy & Alison Stewart
P.O. Box 366
Bonners Ferry, Id 83805

                                                          /s/ Lori Zimmerman
                                                          Lori Zimmerman,
                                                          Administrator

C. Barry Zimmerman
cbarryz13@gmail.com
P.O. Box 1240
Coeur d'Alene, ID 83814
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Stewart, Jeremy Lynn<br>Stewart, Alison Rene | CHAPTER 13<br><br>CASE NO.  10-20404-TLM |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor:**  Wells Fargo Financial Idaho
**Trustee Claim No.: 003**
**Last four (4) digits of any number used to identify the Debtor's account: 3135**
**Final Cure Amount: $4,993.77**
**Amount Paid By Trustee $4,993.77**

Within 21 days of the service of this Notice, the creditor must file and serve the same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with 11 U.S.C. § 1322(b)(5), the Debtor is otherwise current on all the payments.

Dated: September 3, 2014

                                                  Respectfully submitted,

                                                  /s/ C. Barry Zimmerman
                                                  C. Barry Zimmerman, Chapter 13 Trustee

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 3, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee, ustp.region18.bs.ecf@usdoj.gov

THEODORE L RUPP, Attorney for Debtor

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Wells Fargo Financial Idaho, Inc.
4137 121st St
Urbandale, IA 50323

Corporation Service Company
12550 W. Explorer Dr. Ste 100
Boise, Id 83713

Jeremy & Alison Stewart
P.O. Box 366
Bonners Ferry, Id 83805

                                            /s/ Lori Zimmerman
                                            Lori Zimmerman,
                                            Administrator