UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re: JEREMY & ALISON STEWART     §     Case No. 10-20404-TLM
                                   §
                                   §
         Debtor(s)                 §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

C. Barry Zimmerman, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/08/2010.

2) The plan was confirmed on 07/14/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 03/20/2014.

5) The case was completed on 08/27/2014.

6) Number of months from filing or conversion to last payment: 52.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,206.00.

10) Amount of unsecured claims discharged without full payment: $36,425.47.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 25,345.80 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 25,345.80 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,274.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,534.59 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,808.59 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,201.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THEODORE L RUPP, ATTORNEY | Lgl | 0.00 | 1,274.00 | 1,274.00 | 1,274.00 | 0.00 |
| POTLATCH #1 FED CREDIT UNIION | Sec | 0.00 | 5,000.00 | 5,636.41 | 5,636.41 | 0.00 |
| WELLS FARGO FINANCIAL BK | Uns | 3,350.00 | 3,265.41 | 3,265.41 | 506.29 | 0.00 |
| WELLS FARGO FINANCIAL IDAHO | Sec | 3,735.00 | 4,993.77 | 4,993.77 | 4,993.77 | 0.00 |
| BOUNDARY COUNTY TREASURER | Sec | 0.00 | 1,868.89 | 2,362.32 | 2,328.39 | 0.00 |
| VALLEY EMPIRE COLLECTION | Uns | 630.00 | 621.34 | 621.34 | 96.33 | 0.00 |
| WELLS FARGO BANK, NA | Sec | 0.00 | 4,000.00 | 4,509.13 | 4,509.13 | 0.00 |
| LES SCHWAB TIRE CENTERS | Sec | 0.00 | 100.00 | 106.24 | 106.24 | 0.00 |
| WELLS FARGO BANK | Uns | 595.00 | 420.89 | 420.89 | 65.26 | 0.00 |
| CHAPMAN FINANCIAL SERVICES | Uns | 0.00 | 561.93 | 561.93 | 87.13 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 0.00 | 3,735.13 | 3,735.13 | 579.12 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 579.03 | 579.03 | 89.78 | 0.00 |
| CAPITAL ONE BANK USA | Uns | 1,160.00 | 1,361.20 | 1,361.20 | 211.05 | 0.00 |
| CAPITAL ONE BANK USA | Uns | 0.00 | 1,057.88 | 1,057.88 | 164.02 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 0.00 | 620.00 | 620.00 | 96.13 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 416.43 | 416.43 | 64.57 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 0.00 | 868.58 | 868.58 | 134.67 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 0.00 | 3,345.89 | 3,345.89 | 518.77 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AUTOMATED ACCOUNTS INC | Uns | 50.00 | 1,323.78 | 1,323.78 | 205.25 | 0.00 |
| AUTOMATED ACCOUNTS INC | Uns | 2,216.00 | 2,689.13 | 2,689.13 | 416.94 | 0.00 |
| POTLATCH #1 FED CREDIT UNIION | Uns | 0.00 | 3,238.10 | 3,238.10 | 502.05 | 0.00 |
| WELLS FARGO BANK, NA | Uns | 0.00 | 1,109.20 | 1,109.20 | 171.98 | 0.00 |
| LES SCHWAB TIRE CENTERS | Uns | 0.00 | 347.82 | 347.82 | 53.93 | 0.00 |
| BONNER GENERAL HOSPITAL | Uns | 2,300.00 | NA | NA | 0.00 | 0.00 |
| BONNERS FERRY FAMILY MEDICIN | Uns | 61.00 | NA | NA | 0.00 | 0.00 |
| JOHNSON MARK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BOUNDARY COMMUNITY | Uns | 770.00 | NA | NA | 0.00 | 0.00 |
| EZ MONEY | Uns | 3,600.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| GREAT PLAINS SPECIALTY FIN. | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT BANKRUPTCY | Uns | 870.00 | NA | NA | 0.00 | 0.00 |
| INCYTE PATHOLOGY | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| LAKESIDE ANESTHEISA | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASS. MED LAB | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| POTLATCH #1 FEDERAL CREDIT U | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| QUIK CASH | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE AUTO CENTER | Uns | 377.00 | NA | NA | 0.00 | 0.00 |
| SANDPOINT PEDIATRICS | Uns | 307.00 | NA | NA | 0.00 | 0.00 |
| SANDPOINT WOMENS HEALTH | Uns | 733.00 | NA | NA | 0.00 | 0.00 |
| SEARS CARDS SD | Uns | 3,309.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| C. Barry Zimmerman, Trustee | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 17,607.87 | $ 17,573.94 | $ 0.00 |
| **TOTAL SECURED:** | $ 17,607.87 | $ 17,573.94 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 25,561.74 | $ 3,963.27 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,808.59 |
| Disbursements to Creditors | $ 21,537.21 |
| **TOTAL DISBURSEMENTS:** | $ 25,345.80 |

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  12/18/2014            By:  /s/   C. Barry Zimmerman
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)